# UNITED STATES NAVY-MARINE CORPS
# COURT OF CRIMINAL APPEALS
# WASHINGTON, D.C.

**Before**
**F.D. MITCHELL, J.A. FISCHER, K.M. MCDONALD**
**Appellate Military Judges**

**UNITED STATES OF AMERICA**

**v.**

**ROBERT J. TAMBO**
**PRIVATE (E-1), U.S. MARINE CORPS**

**NMCCA 201400194**
**SPECIAL COURT-MARTIAL**

**Sentence Adjudged:** 12 February 2014.
**Military Judge:** LtCol D.M. Jones, USMC.
**Convening Authority:** Commanding General, Training Command, Quantico, VA.
**Staff Judge Advocate's Recommendation:** Capt M.G. Blackborow, USMC.
**For Appellant:** Maj Jason Wareham, USMC.
**For Appellee:** Mr. Brian Keller, Esq.

**27 January 2015**

---------------------------------------------------------
**OPINION OF THE COURT**
---------------------------------------------------------

After careful consideration of the record, submitted without assignment of error, we affirm the findings and sentence as approved by the convening authority. Art. 66(c), Uniform Code of Military Justice, 10 U.S.C. § 866(c).

For the Court

R.H. TROIDL
Clerk of Court